IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br>SERGIO AGUILAR,<br>　　　　　Defendant. | 5:11MJ00063 JLT<br><br>ORDER TO UNSEAL ARREST WARRANT AND CRIMINAL COMPLAINT |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrant in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrant in the above-entitled proceedings shall be unsealed.

DATED: December 15, 2011

　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　JENNIFER L. THURSTON
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

1

1 BENJAMIN B. WAGNER
United States Attorney
2 KAREN A. ESCOBAR
Assistant U.S. Attorney
3 2500 Tulare Street
Fresno, California 93721
4 Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 5:11MJ00063 JLT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| SERGIO AGUILAR, | ) | APPLICATION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT |
| Defendant. | ) | |

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceeding.

This motion is based on the fact that the defendant in this matter was arrested on the criminal complaint.

Dated: December 15, 2011          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                             By:  /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
                                  Assistant U.S. Attorney

1